UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN GAUQUIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ALBANY MOLECULAR RESEARCH, INC., WILLIAM MARTH, and MICHAEL NOLAN,<br><br>Defendants. | Civil Action No. 14-cv-06637 (FB) (SMG)<br><br>**CLASS ACTION** |

### [PROPOSED] ORDER AWARDING LEAD COUNSEL'S ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFFS

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Lead Counsel, The Rosen Law Firm, P.A., appointed by the Court as lead counsel for the purposes of the Settlement and have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Lead Plaintiffs and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and an award to each of the Lead Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Amended Stipulation of Settlement filed on June 23, 2017 (the "Stipulation"); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Lead Counsel during the final approval hearing on the October 12, 2017 and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Lead Counsel is awarded one-third of the Settlement Fund or $956,000 as attorneys' fees and reimbursement of expenses in this action. From this amount, $915,315.73 will be allocated for attorneys' fees and $40,684.27 will be allocated for reimbursement of expenses. Lead Counsel is not entitled to interest on attorneys' fees and reimbursement of expenses.

2. Lead Plaintiffs shall each be awarded a $6,000 for reimbursement for their lost time in connection with their prosecution of this action, for a total of $12,000.

3. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Lead Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

Dated: *10-12*, 2017

SO-ORDERED:

s/Frederic Block
_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE