`

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

JOHN GAUQUIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

ALBANY MOLECULAR RESEARCH, INC., WILLIAM MARTH, and MICHAEL NOLAN,

Defendants.

Civil Action No. 14-cv-06637 (FB) (SMG)

CLASS ACTION

**NOTICE OF UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**

PLEASE TAKE NOTICE that counsel for Lead Plaintiffs Michael W. Lowery and Ramesh A. Patel ("Lead Plaintiffs") shall move before the Honorable Frederic Block of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order granting the Distribution of Class Action Settlement Funds.

In support of this Motion, Lead Plaintiffs submit: (1) a Memorandum of Points and Authorities dated June 28, 2018; (2) the Declaration of Josephine Bravata Concerning the Results of Claims Administration Process; and (3) a Proposed Order.

Defendants do not oppose this motion.

Dated: June 28, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq.
Laurence Rosen, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060

Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was forwarded to all counsel of record through the Court's ECF system on June 28, 2018.

/s/ Phillip Kim